In the Matter of LAWRENCE SINGER, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1179.]

In the Matter of NORMA STONE, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1180.]

In the Matter of WINTHROP TAYLOR, Appellant, against BOARD OF ZONING APPEALS OF THE TOWN OF SMITHTOWN et al., Respondents.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See *ante,* p. 849.]

JOSEPH B. PRUSSIANO, Respondent, v. SUNRISE PLASTERING CORP. et al., Appellants.— Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [See 285 App. Div. 1182.]

LESTER RUBIN et al., Doing Business as ELAR LUMBER COMPANY, Respondents, v. F. SUTHERLAND MACKLEM, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

DOUGLAS F. STORER, Respondent, v. BION EXHIBITS, INC., Appellant, et al., Defendants.— Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [See 285 App. Div. 1172.]